UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR0181-MJL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | |
| ) | ORDER |
| BRANDON MAURICE SUGGS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Good cause appearing, **IT IS HEREBY ORDERED**, that the motion hearing set for March 2, 2009 at 2:00 p.m. be continued until April 13, 2009 at 2:00 p.m.

**SO ORDERED.**

DATED: February 26, 2009

_____
M. James Lorenz
United States District Court Judge